IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–103–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW JASON WELCH, | |
| Defendant. | |

Before the Court is Defendant Matthew Jason Welch's pro se motion requesting early termination of his term of probation. (Doc. 51.) Mr. Welch was sentenced to a term of five years of probation on June 15, 2021. (Doc. 47.) Although he has completed more than the one year of probation required for termination under 18 U.S.C. § 3564(c), it is the practice of this Court to require defendants to complete two-thirds of their terms of probation before granting early termination.

Accordingly, IT IS ORDERED that the motion (Doc. 51) is DENIED, subject to renewal after Mr. Welch has completed two-thirds of his five-year term of supervised release.

DATED this 7th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court